```
              IN THE UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF ARKANSAS
                      FORT SMITH DIVISION
```

UNITED STATES OF AMERICA                                PLAINTIFF

    V.               Criminal No. 07-20037

LAVELLE M. MASSEY                                       DEFENDANT

### O R D E R

On this 9th day of October 2007, there comes on for consideration the report and recommendation filed on September 17, 2007, by the Honorable James R. Marschewski, United States Magistrate for the Western District of Arkansas. (Doc. 31). Defendant has advised he has no objections to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Defendant's motion to suppress (Doc. 24) is hereby DENIED.

IT IS SO ORDERED.

                                              /s/ Robert T. Dawson
                                              Honorable Robert T. Dawson
                                              United States District Judge